**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

(619) 557-5620                                                                                           FAX: (619) 557-5536

## TRANSMITTAL OF BANKRUPTCY MATTERS

[ x ]   CASE NO. 09-19431-LA11

'12CV0271 L     BLM                         [ x ]   ADV. NO. 11-90354-LA

TO:     CLERK, UNITED STATES DISTRICT COURT

The attached is forwarded for your disposition as indicated below:

[ x ]   A.  For Assignment of Judge (no judge previously assigned):
            [  ]  Motion for Stay Pending Appeal
            [  ]  Motion for Leave to Appeal
            [x]  **Motion for Withdrawal of Reference of Adversary Complaint**
            [  ]  Motion/Certificate of Contempt
            [  ]  Motion for Abstention and Remand

[  ]    B.  For Assignment of Judge and Case Number by Clerk's Office:
            [  ]  Transmittal of Withdrawal of Reference of Adversary Proceedings (Complaints)

[  ]    C.  For Transmittal to Judge _____
            Matter previously assigned to a related matter.  Your Case Number _____

[  ]    D.  For Filing:
            [  ]  Matter previously assigned.  Your Case Number _____
            [  ]  Transmittal of Record on Appeal
            [  ]  Transmittal of Unperfected Appeal
            [  ]  Transmittal of Supplemental Record on Appeal
            [  ]  Other:

Thank you.

DATED: 2/2/12                                                    Barry K. Lander, Clerk

                                                                 By: /s/ _____, Deputy Clerk

CSD 1259

LATHAM & WATKINS LLP
  Peter K. Rosen (CA Bar No. 82725)
  Robert A. Klyman (CA Bar No. 142723)
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
peter.rosen@lw.com
robert.klyman@lw.com

Attorneys for the Directors and Officers of
Imperial Capital Bancorp, Inc.

# UNITED STATES BANKRUPTCY COURT

## Southern District of California

**'12 CV 0271 L   BLM**

| | |
|---|---|
| In re<br><br>IMPERIAL CAPITAL BANCORP, INC., a Delaware corporation<br><br>Debtor and Debtor-in-Possession | Case No. 09-19431-LA11<br><br>Adv. Proc. No. 11-90354-LA<br><br>Chapter 11 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF IMPERIAL CAPITAL BANCORP, INC.<br><br>    Plaintiff<br>v.<br><br>NORVAL L. BRUCE, TIMOTHY M. DOYLE, GEORGE W. HALIGOWSKI, PHILIP E. LOMBARDI, LYLE C. LODWICK, JEFFREY L. LIPSCOMB, SANDOR X. MAYUGA, HIROTAKA ORIBE, ROBERT R. REED, SCOTT WALLACE, AND DOES 1-10<br><br>    Defendants | **THE DIRECTORS AND OFFICERS' NOTICE OF MOTION AND MOTION TO WITHDRAW THE REFERENCE TO THE BANKRUPTCY COURT OF ADVERSARY PROCEEDING NO. 11-90354-LA**<br><br>*Memorandum of Points and Authorities, Compendium of Exhibits, and Request for Judicial Notice filed concurrently herewith*<br><br>**ORAL ARGUMENT REQUESTED** |

LATHAM&WATKINS LLP  LA\2309458.2
ATTORNEYS AT LAW
LOS ANGELES

DIRECTORS AND OFFICERS' NOTICE OF MOTION
AND MOTION TO WITHDRAW THE REFERENCE
OF ADVERSARY PROCEEDING NO. 11-90354-LA

TO: THE UNITED STATES DISTRICT COURT, THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, THE ABOVE-CAPTIONED DEBTOR AND DEBTOR-IN-POSSESSION, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:

**PLEASE TAKE NOTICE** that Norval L. Bruce, Timothy M. Doyle, George W. Haligowski, Phillip E. Lombardi, Lyle C. Lodwick, Jeffrey L. Lipscomb, Sandor X. Mayuga, Hirotaka Oribe, Robert R. Reed and Scott Wallace (each a "Defendant" and collectively, the "Defendants"), each a current or former officer or director of Imperial Capital Bancorp, Inc., the above-captioned Debtor and Debtor-in-Possession (the "Debtor"), hereby move the United States District Court for the Southern District of California (the "District Court") for an order withdrawing the reference of the above-captioned adversary proceeding (Adversary Proceeding No. 11-90354-LA, the "Committee Adversary Proceeding"), to the United States Bankruptcy Court for the Southern District of California (the "Bankruptcy Court").

This motion is made pursuant 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011, Local Bankruptcy Rule 5011-1, and applicable law. This motion is based upon the Defendants' concurrently filed (i) Memorandum of Points and Authorities, (ii) the Compendium of Exhibits, and (iii) the Request for Judicial Notice, as well as such further evidence and argument as may be presented to the District Court at or before any hearing on this motion.

Pursuant to Local Bankruptcy Rule 5011-1, the Defendants respectfully submit as follows. In addition to the Committee Adversary Proceeding, two adversary proceedings have been filed in the above-captioned bankruptcy case: (i) Adversary Proceeding No. 10-90250 styled *Imperial Capital Bancorp, Inc. v. Union Bank of California, et al.* (the "Union Bank Adversary Proceeding"); and (ii) Adversary Proceeding No. 10-90386 styled *Imperial Capital Bancorp, Inc. v. Federal Deposit Insurance Corporation, as Receiver* (the "FDIC Adversary Proceeding"). The Union Bank Adversary Proceeding was closed on September 27, 2010 and did not involve matters related to the Committee Adversary Proceeding.

The FDIC Adversary Proceeding was filed August 12, 2010, and is a complaint filed by the Debtor against the Federal Deposit Insurance Corporation, as Receiver (the "FDIC") of the Debtor's subsidiary bank, Imperial Capital Bank (the "Bank"). Through the FDIC Adversary

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\2309458.2

1

DIRECTORS AND OFFICERS' NOTICE OF MOTION
AND MOTION TO WITHDRAW THE REFERENCE
OF ADVERSARY PROCEEDING NO. 11-90354-LA

1  Proceeding, the Debtor seeks declaratory judgment regarding ownership of certain tax refunds, for
2  damages, and an injunction for violation of the automatic stay.  On August 25, 2010, the FDIC
3  filed its Notice of Motion and Motion to Withdraw the Reference of (1) the FDIC Adversary and
4  (2) Debtor's Objection to "Capital Maintenance Claims" Portion of the FDIC-R's Proof of Claim
5  filed in the Debtor's bankruptcy proceedings. To hear these matters, the District Court opened Case
6  Nos. 10-cv-1991-LAB-WMC and 10-cv-1992-LAB-WMC.  The Debtor and the Committee have
7  consented to withdrawal of the reference for certain matters.  (*See* Adv. Proc. No. 10-90386-LA,
8  Docket Nos. 13, 14.)  The District Court refused to withdraw the "Capital Maintenance Claims"
9  portion of the proceeding.  (*See* District Court Case No. 10-cv-1991, Docket No. 22.)

10        Concurrently with filing the Complaint for Breach of Fiduciary Duty (the "Complaint") in
11  the Committee Adversary Proceeding, the Official Committee of Unsecured Creditors of the
12  Debtor (the "Committee") filed a Motion for Permission to Investigate and Bring Claims on Behalf
13  of Bankruptcy Estate (the "Permission Motion").  The FDIC opposed the Permission Motion and
14  filed a Motion to Withdraw the Reference [Bankruptcy Case Docket No. 548] of this matter as well
15  as the objection to its claim (the "FDIC Withdrawal Motion").  As of the date hereof, the District
16  Court has not ruled on the FDIC Withdrawal Motion. (*See* District Court Case No. 11-cv-2065-
17  LAB-WMC.)

18        In further compliance with Local Bankruptcy Rule 5011-1, the Defendants state that: (i) the
19  Defendants move to withdraw the reference of the entirety of the Committee Adversary Proceeding
20  and to have all matters related thereto heard and determined by the District Court; (ii) the foregoing
21  matters do not involve issues previously determined or presently pending for determination before
22  the Bankruptcy Court; (iii) there has been no discovery or presentation of evidence to the
23  Bankruptcy Court in the Committee Adversary Proceeding; (iv) the Defendants are current or
24  former directors and officers of the Debtor and may have various claims against the Debtor;
25  however, (a) only two of the ten Defendants filed proofs of claim and none of the Defendants, and
26  (b) only three of the Defendants are listed in the Debtor's schedules.[1]  The resolution of the

27  
28  [1]    Defendants George W. Haligowski and Scott A. Wallace filed Proofs of Claim [Claim Nos. 32 and 38, respectively]; Defendants Timothy M. Doyle, George W. Haligowski and Scott

LATHAM&WATKINS<sup>LLP</sup>  LA\2309458.2
ATTORNEYS AT LAW
LOS ANGELES

2

DIRECTORS AND OFFICERS' NOTICE OF MOTION
AND MOTION TO WITHDRAW THE REFERENCE
OF ADVERSARY PROCEEDING NO. 11-90354-LA

1  foregoing claims is unrelated to the Committee Adversary Proceeding, except to the extent that the

2  directors and officers have rights to indemnification from the Debtor; and (v) the Defendants first

3  became aware of the Committee Adversary Proceeding on or about July 15, 2011, when the

4  Committee filed the Permission Motion and the unauthorized Complaint against the Defendants.[2]

5  Dated:  December 12, 2011                                    Respectfully submitted,

6                                                                                    LATHAM & WATKINS LLP
                                                                                          Peter K. Rosen
7                                                                                         Robert A. Klyman

8
                                                                                    By____/s/ Robert A. Klyman_____
9                                                                                         Robert A. Klyman
                                                                                          Attorneys for the Defendants

---

A. Wallace are listed on Schedule F of the Debtor's Schedules [Bankruptcy Case Docket Nos. 50 and 57].

[2]  The Bankruptcy Court entered its order approving the Permission Motion on October 7, 2011; prior to the Bankruptcy Court granting the Permission Motion the Committee lacked authority to commence the Committee Adversary Proceeding.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\2309458.2

3

DIRECTORS AND OFFICERS' NOTICE OF MOTION
AND MOTION TO WITHDRAW THE REFERENCE
OF ADVERSARY PROCEEDING NO. 11-90354-LA

≋JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
IMPERIAL CAPITAL BANCORP, INC.,
a Delaware corporation et al

## DEFENDANTS
NORVAL L. BRUCE, et al

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
LATHAM & WATKINS LLP, Robert A. Klyman

Attorneys (If Known)
**'12CV0271 L    BLM**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☒ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28:157 (d)
Brief description of cause:
Motion for Withdrawal

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 02/02/2012
SIGNATURE OF ATTORNEY OF RECORD: S./Y.Barajas

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____